## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAR STERILE PRODUCTS, LLC and<br>ENDO PAR INNOVATION<br>COMPANY, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX M. AZAR II, Secretary of Health<br>and Human Services; U.S. DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES;<br>SCOTT GOTTLIEB, Commissioner of Food<br>and Drugs; and U.S. FOOD AND DRUG<br>ADMINISTRATION,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:17-CV-02221 (APM)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR STAY OF THE CASE

Having considered the Parties' Joint Motion for a Stay of the Case, and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

This case is STAYED until the earlier of:

1.　　September 26, 2018;

2.　　the U.S. Food and Drug Administration ("FDA") announces by rule, guidance, public statement, publicly-available document, or otherwise that it will not propose, pursuant to 21 U.S.C. § 353b(a)(2)(A)(i)(I), determinations about the eligibility of any nominated substances for inclusion on the list of bulk drug substances that may be compounded by outsourcing facilities based on a clinical need, as set forth in 21 U.S.C. § 353b(a)(2)(A)(i) ("the clinical need list"), by the end of 2018; or

3.  Plaintiffs notify FDA that Plaintiffs believe an entity has commenced compounding bulk vasopressin under the January 2017 *Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B of the Federal Food, Drug, and Cosmetic Act: Guidance for Industry* (revision 1) or is likely to do so, and that Plaintiffs intend to seek preliminary injunctive relief in this action.

Upon the occurrence of one of the aforementioned events, the Parties will confer and, within 5 business days, file a joint status report with the Court that includes, as necessary, a motion seeking renewal of the stay or a proposed briefing schedule.

Dated: 4/4/18

_____
HONORABLE AMIT P. MEHTA
United States District Judge