IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAR STERILE PRODUCTS, LLC, *et al.*,

Plaintiffs,

v.

ALEX M. AZAR II, Secretary of Health and Human Services, *et al.*,

Defendants.

Case No. 1:17-cv-02221-APM

## [PROPOSED] ORDER DISSOLVING STAY AND SETTING BRIEFING SCHEDULE

Having considered the Parties' Notice of Event Terminating Stay, Joint Status Report, and Proposed Briefing Schedule, the Court hereby ORDERS as follows:

1. The stay of this case is dissolved and the case is reinstated to the active docket.

2. Plaintiffs shall file their Motion for Preliminary Injunction and supporting brief by August 21, 2018.

3. Defendants and Proposed-Intervenor Athenex shall file their briefs in opposition to the Motion for Preliminary Injunction by August 31, 2018.

4. Plaintiffs shall file their reply brief in support of the Motion for Preliminary Injunction by September 7, 2018.

5. Argument on Plaintiffs' Motion for Preliminary Injunction shall be heard on __see below__ at _____ in Courtroom 10.

Date: __August 15__, 2018

_____
AMIT P. MEHTA
United States District Judge

The court has a criminal trial set for the entire month of September and first two weeks of October. The parties to that case are scheduled for a pre-trial conference on August 27, 2018. The court will set the preliminary injunction hearing in this case after confirming the schedule for its upcoming criminal trial.